

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00453-CV

## IN THE INTEREST OF Z.L.P., A CHILD

**From the 77th District Court
Limestone County, Texas
Trial Court No. CPS-235-A**

## MEMORANDUM OPINION

Appellant, Timothy Thomas, has filed an unopposed motion to dismiss his appeal in this matter. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent the parties from seeking relief to which they would otherwise be entitled. The motion is granted, and the appeal is hereby dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed May 9, 2013
[CV06]